UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>JOHN D. CARTER,<br><br>                    Defendant. | No. 2:14-PO-324-JTR<br><br>ORDER GRANTING MOTION<br>FOR PROTECTIVE ORDER |

Upon motion by the United States,

**IT IS ORDERED** that the United States' Motion for Protective Order, **ECF No. 22,** is **GRANTED**, setting forth the following:

1. The United States will provide discovery materials to defense counsel;

2. Defense counsel may possess, but not copy (excluding the production of necessary working copies), the discovery materials;

3. Defense counsel may show to, and discuss with, the Defendant the discovery material;

4. Defense counsel shall not provide original or copies of discovery materials directly to the Defendant;

5. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order; and

ORDER - 1

6.     The parties reserve the right to seek relief from the Protective Order should the need arise.

DATED May 5, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2